UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:19-CR-00074(1)-RP |
| | § | |
| (1) Jesse Fuentes | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  May 8, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) Jesse Fuentes, which alleged that Fuentes violated a condition of his supervised release and recommended that Fuentes 's supervised release be revoked (Clerk's  Document No. 56).  A warrant issued and Fuentes was arrested.  On May 8, 2026, Fuentes appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Fuentes appeared before the magistrate judge on June 2, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 2, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Fuentes, the magistrate judge recommends that this court revoke Fuentes supervised release and that Fuentes be sentenced to imprisonment for 8months,

with no term supervised  release to follow the term of imprisonment  (Clerk's  Document No. 76).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served  with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 76 )  is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  Jesse Fuentes's term of supervised release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant Jesse Fuentes be imprisoned for 8 months with no term of supervised release.

Signed this 3rd day of June, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE